No. 87–7210. KLUVER *v.* O'BRIEN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 87–7211. DE YOUNG *v.* REPUBLICAN PARTY OF IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–7212. SPENCER *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 87–7213. SPEARMAN, AKA RAMIREZ *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–7214. MITCHELL *v.* THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–7215. ORTEGA *v.* O'LEARY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 87–7218. LHOTKA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–7219. LOVE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7221. SLAUGHTER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 87–7222. SAFIR *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–7225. COLLINS *v.* BALL, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 87–7227. FAISON *v.* NESBITT, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–7229. BROWN *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.